IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

GREAT AMERICAN E&S INSURANCE COMPANY,

Plaintiff,

v.

TOY QUEST LTD.; CHAN MING YIU a/k/a/ SAMSON CHAN; CHAN SIU LU a/k/a ALAN CHAN; LIU YI MAN a/k/a LISA LIU; AQUAWOOD LLC; BRIAN DUBINSKY; BANZAI INTERNATIONAL LIMITED; and ASI, INC. f/k/a AVIVA SPORTS INC.,

Defendants.

Case No. 0:24-cv-03367-JRT-DTS

GREAT AMERICAN E&S INSURANCE COMPANY AMENDED NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

TO: DEFENDANTS, above-named, and their attorneys of record:

**PLEASE TAKE NOTICE** that on June 27, 2025 at 2:00pm, Plaintiff Great American E&S Insurance Company will bring on for hearing its Motion for Judgment on the Pleadings before The Honorable John R. Tunheim. Said Motion will be conducted via Zoom, with Zoom log-in information to be provided by the Court prior to the hearing.

The motion is based upon the pleadings, the memorandum of law in support and the Proposed Order.

Dated: May 8, 2025

By: */s/ Charles E. Spevacek*

Charles E. Spevacek (#126044)
Meagher + Geer, P.L.L.P.
33 South Sixth Street, Suite 4300
Minneapolis, MN 55402
(612) 338-0661
cspevacek@meagher.com

**Attorneys for Great American E&S Insurance Company**