IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

GREAT AMERICAN E&S INSURANCE COMPANY,

Plaintiff,

v.

TOY QUEST, LTD.; CHAN MING YIU a/k/a SAMSON CHAN, CHAN SIU LUN a/k/a ALAN CHAN, LIU YI MAN a/k/a LISA LIU, AQUAWOOD LLC; BRIAN DUBINSKY; BANZAI INTERNATIONAL LIMITED; and ASI, INC. f/k/a AVIVA SPORTS INC.,

Defendants.

Case No. 0:24-cv-03367-JRT-DTS

**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Brandon Underwood, certify that the Insureds' Objections to Magistrate Judge Schultz's Order Denying Motion to Stay Proceedings Pending Appellate Decision complies with Local Rule 7.1(f).

I further certify that, in preparation of the objection, Microsoft Word for Office 365 was used and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count other than the caption and the signature block pursuant to Local Rule 7.1(f)(1)(C).

I further certify that the filed brief contains 3,448 words.

Dated May 14, 2025.

FREDRIKSON & BYRON, P.A.

*/s/ Brandon R. Underwood*
Brandon R. Underwood, #0402323
Sarah B. Golwitzer, (*pro hac vice*)
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
Telephone: (515) 242-8900
bunderwood@fredlaw.com

***Attorneys for the Insureds***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 14, 2025, the foregoing document was served upon counsel through the Court's CM/ECF electronic filing system.

*/s/ Christina Laage*